ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
Nevada Bar No. 11474
E-Mail: Frank.Toddre@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| CAROL GARRETT, an individual, | CASE NO.: 2:24-cv-02090-GMN-BNW |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED between Plaintiff CAROL GARRETT ("Plaintiff"), by and through her counsel, MAIER GUTIERREZ & ASSOCIATES and POMPONIO INJURY LAW, LLC, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH

///
///
///
///
///

154572413.1

LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

Dated this 21 day of March, 2025.                Dated this 25th day of March, 2025

*signature*

JOSEPH A. GUTIERREZ
Nevada Bar No. 9046
DANIELLE A. TARMU
Nevada Bar No. 11727
WILLIAM A. GONZALES
Nevada Bar No. 15230
MAIER GUTIERREZ & ASSOCIATES
8816 Spanish Ridge Avenue
Las Vegas, NV 89148

NICK POMPONIO
Nevada Bar No. 13936
POMPONIO INJURY LAW, LLC
6590 S. Rainbow Boulevard, Suite 240
Las Vegas, NV 89118
*Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Frank A. Toddre, II

ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANK A. TODDRE, II
Nevada Bar No. 11474
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

**ORDER**

**IT IS SO ORDERED.**

Dated this 28 date of March, 2025.

_____
Gloria M. Navarro, United States District Judge
UNITED STATES DISTRICT COURT

154572413.1                                          2